UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAWN CLAIBORNE,<br><br>                            Plaintiff,<br><br>vs.<br><br>SUMMIT TRADING COMPANY, INC., a Washington Corporation, and TOM MARSHALL and "JANE DOE" MARSHALL and the marital community thereof,<br><br>                            Defendants. | NO. CV-10-5676<br><br>**STIPULATION AND ORDER PERMITTING AMENDED COMPLAINT AND REMANDING CASE TO PIERCE COUNTY SUPERIOR COURT** |

## I.   STIPULATION

On August 13, 2010, plaintiff filed a Complaint in Pierce County Superior Court which included certain allegations that appeared to state a claim for breach of contract. Defendants contended that this claim arose under the collective bargaining agreement, if it existed at all.  The complaint was first served on or about September 14, 2010. Defendants removed this action on September 21, 2010 based on federal question jurisdiction under 29 USC 185(a).

Plaintiff now seeks to file an Amended Complaint which removes the breach of contract allegations.  A copy of the proposed Amended Complaint is attached as Exhibit A.

STIP/ORDER PERMITTING AMENDED COMPLAINT
AND REMANDING CASE TO PIERCE COUNTY SC - 1 of 3
[Claiborne Stip and Order Permitting Amended Complaint and Remanding PCSC.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565

1  Because more than 21 days have passed since defendants answered the initial

2  complaint, FRCP 15(a)(2) requires defendants' consent or leave of court.  Defendants do

3  not object to the attached Amended Complaint.

4      Once the Amended Complaint is filed and the breach of contract claim removed

5  from this action, there is no federal claim remaining in the case.  Therefore, once the

6  Amended Complaint is filed and the breach of contract claim is removed from the case,

7  the parties stipulate that this matter should be remanded to Pierce County Superior

8  Court.

9      Dated this 20th day of October, 2010.

DAVIS LAW PLLC                                   GORDON THOMAS HONEYWELL LLP

By: /s/ Michael J. Davis 10/20/10               By: /s/ Warren E. Martin 10/20/10
    Michael J. Davis, WSBA #25846              Warren E. Martin, WSBA #17235
    mjdlaw1@msn.com                                  wmartin@gth-law.com
    Attorneys for Plaintiff                              Attorneys for Defendants

## II.   ORDER

Based on the foregoing stipulation of the parties, it is hereby ORDERED:

1. The Amended Complaint attached to this Stipulation as Exhibit A shall be filed.

2. Once the Amended Complaint is filed, and the breach of contract claim is removed from this action, there are no remaining federal questions in this case.

3. Therefore, upon filing of the Amended Complaint, this matter is remanded to the Pierce County Superior Court.

STIP/ORDER PERMITTING AMENDED COMPLAINT
AND REMANDING CASE TO PIERCE COUNTY SC - 2 of 3
[Claiborne Stip and Order Permitting Amended Complaint and Remanding PCSC.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565

1  Dated this 22nd day of October, 2010.

```
                                    _____
                                    RONALD B. LEIGHTON
                                    UNITED STATES DISTRICT JUDGE
```

Presented Jointly By:

DAVIS LAW PLLC                          GORDON THOMAS HONEYWELL LLP


By: /s/ Michael J. Davis 10/20/10        By: /s/Warren E. Martin 10/20/10
    Michael J. Davis, WSBA #25846            Warren E. Martin, WSBA #17235
    mjdlaw1@msn.com                          wmartin@gth-law.com
    Attorneys for Plaintiff                  Attorneys for Defendants

STIP/ORDER PERMITTING AMENDED COMPLAINT
AND REMANDING CASE TO PIERCE COUNTY SC - 3 of 3
[Claiborne Stip and Order Permitting Amended Complaint and Remanding PCSC.doc]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565